# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Linda Knox, <br><br>           Plaintiff, <br><br> – against– <br><br> TD Bank USA, N.A., and Enhanced Recovery Company, LLC, <br><br>           Defendants. | Case No.: 1:16-cv-00580 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Linda Knox, through her attorney, Antranig Garibian, Esq., hereby dismisses this action with prejudice.

Dated: August 22, 2016

                                      **GARIBIAN LAW OFFICES, P.C.**

                                      /s/ Antranig Garibian
                                      Antranig Garibian, Esquire (Bar No. 4962)
                                      1010 N. Bancroft Parkway, Suite 22
                                      Wilmington, DE 19805
                                      (302) 722-6885
                                      ag@garibianlaw.com
                                      *Counsel for Plaintiff*